# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cr-00041-CKK-1 |
| ) | |
| SCHLUMBERGER OILFIELD ) | |
| HOLDINGS, LTD., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF BARRY M. SABIN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Barry M. Sabin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My full name is Barry M. Sabin. I am an attorney in private practice with Latham & Watkins LLP and am counsel for Schlumberger Oilfield Holdings, Ltd. My office address is 555 Eleventh Street NW, Suite 1000, Washington, DC 20004. My business telephone is (202) 637-2200.

2. I have been a member in good standing of the State Bar of New Jersey since 1987, the State Bar of New York since 1988, the Bar of the District of Columbia since 1989, and the State Bar of Florida since 1991. I have been admitted to practice before the U.S. District Court for the District of New Jersey, the Eastern and Southern Districts of New York, and the Southern District of Florida. I have not been disciplined by these or any other bars.

3. I seek to be admitted *pro hac vice* to this Court for purposes of representing Schlumberger Oilfield Holdings, Ltd. in the above-captioned matter. I have been admitted *pro*

*hac vice* to this Court once within the past two years, in *In re Health Management Associates, Inc. Qui Tam Litigation (No. II)*, Case No. 1:14-mc-00339-RBW.

4. I hereby agree to be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court for the District of Columbia in all respects as if I was regularly admitted and a licensed member of this Court in good standing.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/31/15

Barry M. Sabin
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200