# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cr-00041-CKK-1 |
| SCHLUMBERGER OILFIELD HOLDINGS, LTD., | ) |
| Defendant | ) |

## [PROPOSED] ORDER

IT IS HERBY ORDERED, Barry M. Sabin is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case as counsel for Schlumberger Oilfield Holdings, Ltd.

Dated: _____    _____
United States District Judge