IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cr-00041-JDB |
| | ) |
| SCHLUMBERGER OILFIELD HOLDINGS, LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

MOTION FOR ADMISSION *PRO HAC VICE* OF
<u>SCOTT C. JONES</u>

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Douglas N. Greenburg, undersigning sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of Scott C. Jones to represent Defendant Schlumberger Oilfield Holdings, Ltd. in the above-captioned case.

The movant, Douglas N. Greenburg, is a member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia, and he is authorized to file through the Court's Electronic Filing System. Douglas N. Greenburg is a partner at the law firm of Latham & Watkins LLP, located at:

  555 Eleventh Street NW
  Suite 1000
  Washington, DC  20004
  Email: douglas.greenburg@lw.com

This motion is accompanied by a declaration from Mr. Jones, attached hereto as Exhibit A, providing the information required by Rule 83.2(d) of the Local Rules of this Court. As set forth in the declaration, Mr. Jones meets requirements under Rule 83.2(d) for admission *pro hac vice*.

A proposed order is attached hereto as Exhibit B.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Scott C. Jones be permitted to represent Defendant Schlumberger Oilfield Holdings, Ltd. in all proceedings before this Court.

Respectfully submitted this 31st day of March, 2015.

/s/ Douglas N. Greenburg
Douglas N. Greenburg (DC Bar No. 449878)
Latham & Watkins LLP
555 Eleventh Street NW
Suite 1000
Washington, DC  20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: douglas.greenburg@lw.com

*Attorney for Schlumberger Oilfield Holdings, Ltd.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2015, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court on the ECF system and transmitted to counsel registered to receive electronic service,

    Respectfully submitted,

    /s/ Douglas N. Greenburg
    Douglas N. Greenburg