# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cr-00041-JDB |
| SCHLUMBERGER OILFIELD HOLDINGS, LTD., | ) |
| Defendant. | ) |

### DECLARATION OF SCOTT C. JONES
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Scott C. Jones, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My full name is Scott C. Jones. I am an attorney in private practice with Latham & Watkins LLP and am counsel for Schlumberger Oilfield Holdings, Ltd. My office address is 555 Eleventh Street NW, Suite 1000, Washington, DC 20004. My business telephone is (202) 637-2200.

2. I have been a member in good standing of the the State Bar of New York since 2008, and the Bar of the District of Columbia since 2009. I have not been disciplined by these or any other bars.

3. I seek to be admitted *pro hac vice* to this Court for purposes of representing Schlumberger Oilfield Holdings, Ltd. in the above-captioned matter. I have not been admitted *pro hac vice* to this Court within the past two years.

4. I hereby agree to be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court for the District of Columbia in all respects as if I was regularly admitted and a licensed member of this Court in good standing.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/31/2015

Scott C. Jones
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC  20004
(202) 637-2200