# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | Case No. 1:15-cr-00041-JDB |
| ) | |
| SCHLUMBERGER OILFIELD        ) | |
| HOLDINGS, LTD.,        ) | |
| ) | |
| Defendant        ) | |
| ) | |

**[PROPOSED] ORDER**

IT IS HERBY ORDERED, Scott C. Jones is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case as counsel for Schlumberger Oilfield Holdings, Ltd.

Dated: _____        _____
                                                                          United States District Judge