# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cr-00041-JDB |
| | ) |
| SCHLUMBERGER OILFIELD HOLDINGS, LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SCHLUMBERGER OILFIELD HOLDINGS, LTD.'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT, PLEA AGREEMENT HEARING AND SENTENCING

Schlumberger Oilfield Holdings, Ltd. respectfully moves for the continuation of the Arraignment, Plea Agreement Hearing and Sentencing presently scheduled for Wednesday, April 13, 2015 at 10:30 AM in the above captioned matter and respectfully requests that the Arraignment, Plea Agreement Hearing and Sentencing be rescheduled for Thursday, April 30, 2015 at 11:00 AM.  Counsel for Schlumberger Oilfield Holdings, Ltd. has conferred with counsel for the United States regarding this motion, and counsel for the United States has agreed to the re-scheduled date.  A proposed order is attached hereto as Exhibit A for the Court's convenience.

Respectfully submitted this 9th day of April, 2015.

/s/ Eric S. Volkman
Eric S. Volkman (DC Bar No. 490999)
Latham & Watkins LLP

555 Eleventh Street NW
Suite 1000
Washington, DC  20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: eric.volkman@lw.com

*Attorney for Schlumberger Oilfield Holdings, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2015, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court on the ECF system and transmitted to counsel registered to receive electronic service.

Respectfully submitted,

/s/ Eric S. Volkman
Eric S. Volkman