# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cr-00041-JDB |
| ) | |
| SCHLUMBERGER OILFIELD ) | |
| HOLDINGS, LTD., ) | |
| ) | |
| Defendant ) | |
| ) | |

## **PROPOSED ORDER**

    IT IS HERBY ORDERED, the Arraignment, Plea Agreement Hearing and Sentencing scheduled for Monday, April 13, 2015 in the above captioned matter is continued and rescheduled for Thursday, April 30, 2015 at 11:00 AM.

Dated: _____     _____
                                                                                                                 United States District Judge