LATHAM & WATKINS LLP
Douglas N. Greenburg
douglas.greenburg@lw.com
555 Eleventh St. NW, Ste. 1000
Washington, District of Columbia 20004
Telephone: (202) 637-2263
Facsimile: (202) 637-2201

Attorney for Defendant
SCHLUMBERGER OILFIELD
HOLDINGS, LTD.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>**SCHLUMBERGER OILFIELD HOLDINGS, LTD.,**<br><br>**Defendant.** | : : : : : : : : | NO. 1:15-cr-00041-JDB |
|---|---|---|

**Corporate Disclosure Statement**

I, the undersigned, counsel of record for Schlumberger Oilfield Holdings, Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Schlumberger Oilfield Holdings, Ltd. which have any outstanding securities in the hands of the public: Schlumberger N.V.

These representations are made in order that judges of this Court may determine the need for recusal.

1

Dated:  April 29, 2015

/s/ Douglas N. Greenburg
Douglas N. Greenburg (DC Bar No. 449878)
Latham & Watkins LLP
555 Eleventh Street NW
Suite 1000
Washington, DC  20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: douglas.greenburg@lw.com

*Attorney for Schlumberger Oilfield Holdings, Ltd.*