**FILED**

**APR 3 0 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## CERTIFICATE ON RESOLUTIONS OF THE BOARD OF DIRECTORS OF SCHLUMBERGER OILFIELD HOLDINGS LIMITED, BVI

### March 20, 2015

I, Eileen Hardell, do hereby certify that I am the Assistant Secretary of SCHLUMBERGER OILFIELD HOLDINGS LIMITED, BVI (the "Company"), incorporated in the British Virgin Islands, and that the following is an accurate excerpt of certain resolutions unanimously adopted by the Board of Directors of the Company (the "Board") by unanimous written consent dated March 19, 2015:

"WHEREAS, the United States Attorney's Office for the District of Columbia and the United States Department of Justice (collectively, the "Government") have been conducting an investigation into Schlumberger's dealings with certain countries that are the subject of United States sanctions and Schlumberger's compliance with the Emergency Economic Powers Act (the "Sanctions Matter");

WHEREAS, Barry M. Sabin, of Latham & Watkins LLP, the Company's legal counsel, has been negotiating a resolution of the Sanctions Matter;

WHEREAS, each member of the Board has reviewed the terms and conditions of a draft plea agreement dated March 4, 2015, with the Government in relation to the Sanctions Matter (the "Plea Agreement"), which is in substantially final form, as well as the "Statement of Offense" referred to therein;

WHEREAS, the Plea Agreement includes the following terms and conditions:

(1) The Company pleading guilty to certain crimes pursuant to the Plea Agreement with the Government;

(2) The Government and the Company agreeing to recommend to the Court a criminal fine of $155,138,904; forfeiture in the amount of $77,569,452; and a $100 special assessment;

(3) The United States Courthouse for the District of Columbia (the "Court") retaining under the law the final determination of the fine to be imposed;

(4) The imposition of commitments set out in the Plea Agreement on the Company; and

(5) The Company agreeing to include in any sale or merger agreement the requirement that the successor or purchaser company abide by the commitments set out in item 4 above; and

WHEREAS, Barry M. Sabin, of Latham & Watkins LLP, the Company's legal counsel, has advised the Secretary and General Counsel of Schlumberger Limited (the "SL General Counsel"), the ultimate parent entity of the Company, of the Company's rights, possible defenses, the United States Sentencing Guidelines' provisions, and the consequences of entering into the Plea Agreement.

97705

NOW, THEREFORE, BE IT:

RESOLVED, that the Plea Agreement and the Statement of Offense are hereby approved by the Company, with such amendments, revisions, modifications or supplements therein as the SL General Counsel deems necessary, appropriate or advisable to carry out the intent and purpose of these resolutions, such authority to be conclusively evidenced by the execution and delivery thereof pursuant to the terms of these resolutions;

FURTHER RESOLVED, that the Company hereby authorizes Barry M. Sabin, of Latham & Watkins LLP, to enter into and deliver the Plea Agreement, and deliver the Statement of Offense;

FURTHER RESOLVED, that Barry M. Sabin, of Latham & Watkins LLP, the Company's legal counsel, is hereby duly authorized and directed to appear in the Court for the purpose of petitioning the Court to accept the Company's plea of guilty with respect to all counts in which the Company is charged in *United States vs. Schlumberger Oilfield Holdings, Ltd.*;

FURTHER RESOLVED, that Barry M. Sabin, of Latham & Watkins LLP, the Company's legal counsel, is further authorized and directed to take such other actions as he may determine necessary or appropriate to enter a guilty plea on behalf of the Company, or to protect the interests of the Company or as may otherwise be required; and

FURTHER RESOLVED, that any director or officer of the Company is hereby authorized and directed to take all actions and deliver any agreements, certificates, and documents and instruments with respect to or contemplated by the Plea Agreement, and matters set forth above, including the payment of all amounts of fees, costs, and other expenses necessary or appropriate to effect the purpose and intent of the foregoing resolutions and implement the Plea Agreement."

I further certify that the aforesaid resolutions have not been amended or revoked in any respect and remain in full force and effect on the date of this certification.

IN WITNESS WHEREOF, I have executed this Certificate on March 20, 2015.

By: Eileen Hardell, its Assistant Secretary
SCHLUMBERGER OILFIELD HOLDINGS LIMITED

97705

## COOPERATION AND COMPLIANCE AGREEMENT
## OF SCHLUMBERGER LTD.

Schlumberger Ltd. (the "Company") hereby agrees to fulfill the commitments pertaining to the Company outlined in the Plea Agreement between Schlumberger Oilfield Holdings Ltd., the Office of the United States Attorney for the District of Columbia, and the National Security Division of the United States Department of Justice dated March 25, 2015, including but not limited to the terms set forth in Paragraph 7 and its subparagraphs regarding the Company's obligations concerning cooperation and compliance.

AGREED AND CONSENTED TO:

For Schlumberger Ltd.

By: _____

ALEX JUDEN

Secretary and General Counsel

APPROVED:

By: _____

BARRY M. SABIN

Attorney for Schlumberger Ltd.