UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 1:15-cr-0041 (JDB) |
| | : |
| SCHLUMBERGER OILFIELD, HOLDINGS, LTD., | : |
| | : |
| Defendant. | : |

**FILED**
**APR 30 2015**
District & Bankruptcy
the District of Columbia

CONSENT ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by defendant, and defendant's counsel, in which defendant agreed to plead guilty to Count One of an Information, which charged the offense of Conspiracy to Violate the International Emergency Economic Powers Act, in violation of Title 18, United States Code, Section 371;

*WHEREAS*, the Information also alleged the forfeiture of property, that is, forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One, which property is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

*WHEREAS*, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant in the amount of $77,569,452, upon conviction of the offense in Count One, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

*WHEREAS*, in its plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $77,569,452;

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this

1

Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), and that a money judgment against the defendant is appropriate, as set forth below;

***WHEREAS***, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's plea hearing, that a forfeiture money judgment against defendant for $77,569,452 is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

***WHEREAS***, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

***WHEREAS***, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c): any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One.

2. A forfeiture money judgment in the amount of $77,569,452 is entered against the defendant.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as

2

necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this __30th__ day of April, 2015.

/s/ John D. Bates
JOHN D. BATES
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

WE ASK FOR THIS:

VINCENT H. COHEN, JR.
Acting United States Attorney

By: *[signature]*
Maia Miller, VA. Bar No. 73221
Zia Faruqui, D.C. Bar No. 494990
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6805 (Miller)
(202) 252-7117 (Faruqui)


JOHN P. CARLIN
Assistant Attorney General
National Security Division

*[signature]*
Casey Arrowood, D.C. Bar No. 996381
Trial Attorney,
National Security Division
U.S. Department of Justice


*[signature]*
ON BEHALF OF
Alex Juden, Schlumberger LIMITED
Secretary & General Counsel,
Schlumberger Oilfield,
Holdings, Ltd.,
Defendant

*[signature]*
Barry M. Sabin, Esq.
Douglas N. Greenburg, Esq.
Eric S. Volkman, Esq.
Scott C. Jones, Esq.
Counsels for Defendant

4