**FILED**

MAY 15 2015

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
FINANCE OFFICE
333 CONSTITUTION AVE., NW
WASHINGTON, DC  20001

TO: Case Administrator
FROM: Felicia Cansler, Financial Specialist
DATE: May 14, 2015
SUBJECT: USA vs Schlumberger Oilfield Holdings LTD, DDCX115CR000041-001 (JDB)

Please docket the following information on CM/ECF:

On May 13, 2015, the Court received a wire transfer in the amount of $155,139,004.00 for the ordered special assessment and fine imposed by the court;

Receipt No: CQ 15461600109

Thank you.