```
1                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,        ) Criminal
                                      ) No. 15-41 (JDB)
4                     Plaintiff,      )
                                      ) ARRAIGNMENT/PLEA/
5    vs.                              ) SENTENCING HEARING
                                      )
6    SCHLUMBERGER OILFIELD            ) Washington, DC
     HOLDINGS, LTD.,                  ) Date:  April 30, 2015
7                                     ) Time:  11:00 a.m.
                      Defendant.      )
8    _____

9          TRANSCRIPT OF ARRAIGNMENT/PLEA/SENTENCING HEARING
                             HELD BEFORE
10             THE HONORABLE JUDGE JOHN D. BATES
                    UNITED STATES DISTRICT JUDGE
11   _____

12                    A P P E A R A N C E S

13   For the Plaintiff:      Maia Luckner Miller, AUSA
                             Zia Mustafa Faruqui, AUSA
14                           US Attorney's Office
                             555 Fourth Street, NW
15                           Washington, DC  20530
                             202-252-6737
16                                 -and-
                             Casey Thomas Arrowood, AUSA
17                           US Department of Justice
                             National Security Division
18                           600 E Street, NW
                             Washington, DC  20004
19                           202-233-2259

20
     Proceedings reported by machine shorthand, transcript
21   produced by computer-aided transcription.

22   _____

     Court Reporter:         Annette M. Montalvo, CSR, RDR, CRR
23                           Official Court Reporter
                             United States Courthouse, Room 6722
24                           333 Constitution Avenue, NW
                             Washington, DC  20001
25                           202-354-3111
```

1    APPEARANCES: (Cont'd)

2     For the Defendant:        Barry M. Sabin, Esq.
                                Douglas Neil Greenberg, Esq.
3                               Eric Solomon Volkman, Esq.
                                Scott C. Jones, Esq.
4                               Latham & Watkins LLP
                                555 11th Street, NW, Suite 1000
5                               Washington, DC  20004
                                202-637-2200

6

7     ALSO PRESENT:
      Alexander C. Juden, Schlumberger Limited,
8          Secretary and General Counsel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (WHEREUPON, commencing at 11:03 a.m., the

2     following proceedings were had in open court, to wit:)

3          THE COURTROOM DEPUTY:  Your Honor, we have

4     Criminal Action 15-41, *United States of America v.*

5     *Schlumberger Oilfield Holdings, Ltd.*

6          Counsel, please approach the lectern and identify

7     yourselves for the record.

8          MS. MILLER:  Good morning, Your Honor.  Maia

9     Miller on behalf of the United States.  With me at counsel

10    table I have my colleagues, Casey Arrowood, with the

11    National Security Division with the Department of Justice,

12    and Zia Faruqui, an assistant US Attorney in my office in

13    DC.

14         THE COURT:  Good morning to all of you.

15         MR. SABIN:  Good morning, Your Honor.  Barry Sabin

16    from Latham & Watkins on behalf of Schlumberger Oilfield

17    Holdings.  With me at counsel table is secretary and general

18    counsel of the parent company, Schlumberger, Ltd., and

19    authorized corporate representative of Schlumberger Oilfield

20    Holdings, Ltd., the defendant, Alexander Juden.

21         Next to him is Douglas Greenburg from the firm of

22    Latham & Watkins, also my colleague Eric Volkman from the

23    firm of Latham & Watkins, and Scott Jones from the firm

24    Latham & Watkins.

25         THE COURT:  Good morning to all of you as well.

1          We are here today for consideration of a proposed

2     guilty plea in this matter, which would be entered pursuant

3     to Federal Rule of Criminal Procedure 11(c)(1)(C).  The

4     defendant is a corporation, and, hence, I need to begin with

5     a few questions regarding the corporate defendant, which is

6     Schlumberger Oilfield Holdings, Ltd.  And those questions

7     will be addressed, obviously, to the individual who will be

8     speaking on behalf of the corporation, which is the actual

9     defendant today.

10          Now, I understand that Schlumberger Oilfield

11     Holdings, Ltd., is an affiliate or subsidiary of

12     Schlumberger, Ltd.  And when I refer to "Schlumberger," I

13     will probably be referring to Schlumberger, Ltd.  And when I

14     refer to -- and its affiliates and subsidiaries, including

15     the Schlumberger Oilfield Holdings, Ltd.  But when I am

16     referring to the defendant in this case, I will either use

17     the term "defendant" or the full name "Schlumberger Oilfield

18     Holdings, Ltd.," or perhaps just "Schlumberger Holdings,"

19     which might be an easier way to articulate it.

20          So with that, Mr. Sabin, if you and Mr. Juden

21     could come up to the lectern, please.

22          MR. SABIN:  Yes, Your Honor.

23          THE COURT:  Could you state your name, please.

24          THE DEFENDANT:  Alexander C. Juden, Your Honor.

25          THE COURT:  And, Mr. Juden, I am going to begin by

1    asking Mr. Bradley to administer the oath to you, which we

2    need to do for the questions I am going to be asking you.

3              THE COURTROOM DEPUTY:  Mr. Alexander Juden, please

4    raise your right hand.

5              (WHEREUPON, the defendant was duly sworn.)

6              THE COURT:  Now, Mr. Juden, do you understand that

7    you are under oath?

8              THE DEFENDANT:  I do, Your Honor.

9              THE COURT:  And do you understand that your

10   answers could later be used against you or Schlumberger or

11   Schlumberger Holdings in this or another proceeding?

12             THE DEFENDANT:  I do, Your Honor.

13             THE COURT:  And that if you do not answer any

14   questions truthfully, you could be prosecuted for perjury or

15   for making a false statement?

16             THE DEFENDANT:  I do, Your Honor.

17             THE COURT:  Where are you employed?

18             THE DEFENDANT:  I am employed by Schlumberger,

19   Ltd., Your Honor, in Houston.  I am based in Houston, Texas.

20   I have been there for almost 15 years, and I have been the

21   general counsel for six years.

22             THE COURT:  And so you are the general counsel of

23   Schlumberger, Ltd.?

24             THE DEFENDANT:  Yes, Your Honor.

25             THE COURT:  And that is the ultimate parent

1    company or parent entity of Schlumberger Oilfield Holdings,

2    Ltd.?

3                    THE DEFENDANT:  It is, Your Honor.

4                    THE COURT:  Are you familiar with the facts and

5    circumstances of the matter that brings us here today?

6                    THE DEFENDANT:  Yes, I am, Your Honor.

7                    THE COURT:  And is the board of directors of

8    Schlumberger Holdings empowered to authorize the entry of a

9    guilty plea on behalf of Schlumberger Holdings to the

10   conspiracy charge that is set out in the information in

11   Criminal Case 15-41 in this case?

12                   THE DEFENDANT:  I have been authorized to do so,

13   yes.

14                   THE COURT:  And has the board of directors

15   authorized you and your counsel, Mr. Sabin, to enter a plea

16   of guilty to that charge on behalf of Schlumberger Holdings?

17                   THE DEFENDANT:  Yes, sir.

18                   THE COURT:  Do we have a valid resolution of the

19   board of Schlumberger Holdings so authorized in entry of a

20   plea of guilty, Mr. Sabin?

21                   MR. SABIN:  Yes, we do, Your Honor.

22                   THE COURT:  And, Mr. Sabin, do we have an original

23   certified resolution of the board of directors of

24   Schlumberger Holdings that is part of the plea papers here

25   today?

1          MR. SABIN:  Yes, that was filed with the court.

2          THE COURT:  Okay.  Finally, Mr. Juden, is

3    Schlumberger Holdings through or with Schlumberger, Ltd.,

4    based on your knowledge, financially able to pay a

5    substantial fine of as much as $155 million, and an

6    additional amount of over $77 million in forfeiture, which

7    is a total of almost $233 million, that may be imposed by

8    the Court here today?

9          THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:  On that basis, I, therefore, find that

11   Mr. Juden is an authorized representative of both

12   Schlumberger Oilfield Holdings, Ltd., and Schlumberger,

13   Ltd., that the board of Schlumberger Holdings has authorized

14   Mr. Juden with counsel, Mr. Sabin, here today, to enter a

15   plea of guilty on behalf of Schlumberger Holdings to the

16   charge of conspiracy in the information in Criminal Case

17   No. 15-41, and that Schlumberger Holdings and Schlumberger,

18   Ltd., are financially able to pay the fines and forfeiture

19   that may be imposed by the Court today.

20          So with that taken care of, we will now proceed

21   with consideration of the proposed plea under Federal Rule

22   of Criminal Procedure 11(c)(1)(C), and then if that plea is

23   accepted, we will move on to sentencing this morning, as

24   both the defendant and the government have agreed and

25   requested of the Court.

1              Now, I am going to ask you some questions,

2     Mr. Juden, to make sure that if you choose to enter a guilty

3     plea today on behalf of Schlumberger Holdings, that company

4     is entering that guilty plea knowingly, voluntarily, and

5     intelligently with the advice of its attorney.  If you don't

6     understand any question that I ask, or anything else about

7     these proceedings, just let me know and I will try to

8     explain, rephrase the question, whatever is necessary, but,

9     of course, most importantly, if at any time you feel it is

10    necessary to consult with counsel, just let me know that and

11    you will be given a chance to talk with Mr. Sabin or your

12    other counsel privately at any point in these proceedings.

13             Have you and Schlumberger Holdings had sufficient

14    time to consult with your attorneys about this case?

15             THE DEFENDANT:  Yes, we have, Your Honor.

16             THE COURT:  And are you satisfied with the

17    services of your attorneys in this case?

18             THE DEFENDANT:  Yes.

19             THE COURT:  Have you had the opportunity to

20    discuss with your attorneys the charge against Schlumberger

21    Holdings and whether it should enter a plea in this case?

22             THE DEFENDANT:  Yes.

23             THE COURT:  Counsel, Mr. Sabin, have you had

24    sufficient time to review and investigate the law and the

25    facts in this case?

1          MR. SABIN:  Yes, Your Honor.

2          THE COURT:  And in your opinion, does Schlumberger

3    Holdings and Schlumberger, Ltd., understand the nature of

4    the charge pending against Schlumberger Holdings?

5          MR. SABIN:  Yes, Your Honor.

6          THE COURT:  Mr. Juden, before accepting the plea,

7    I need to explain to you certain rights that Schlumberger

8    Holdings has and make sure that both you and the company

9    understand those rights.  So listen closely, be patient with

10   me, because it will take a few minutes, and let me know if

11   you don't understand anything that's going on.  And, again,

12   if you need to consult with your counsel, let me know that

13   and you will be given an opportunity to do so.

14         Do you understand that the charge against

15   Schlumberger Holdings is a felony charge?

16         THE DEFENDANT:  I do, Your Honor.

17         THE COURT:  Now, Schlumberger Holdings has a

18   constitutional right to have the members of a grand jury

19   indict and charge it with a felony.  Federal grand jurors

20   are composed of at least 16 and as many as 23 citizens, that

21   would be of the District of Columbia in this instance, and

22   in order to charge Schlumberger Holdings, at least 12 of

23   those grand jurors would have to find that there was

24   probable cause to believe that a crime has been committed

25   and that Schlumberger Holdings committed it.  And if they

1   charged Schlumberger Holdings, they would then list the

2   charges in a written indictment.  If Schlumberger Holdings

3   does not give up its right to be charged by grand jury

4   indictment, then the government cannot file felony charges

5   against the company on its own.

6          In this case, this felony charge against

7   Schlumberger Holdings has been brought by the United States

8   Attorney and the Department of Justice through the filing of

9   an information.  If you do not give up Schlumberger

10  Holdings' right to be charged by a grand jury indictment,

11  then the government may present the case to the grand jurors

12  and ask them to indict Schlumberger Holdings and a grand

13  jury might indict Schlumberger Holdings.

14         If the company does give up its right to be

15  charged by a grand jury in indictment, then the case will

16  proceed against Schlumberger Holdings on the basis of the

17  information, just as though Schlumberger Holdings had been

18  indicted.

19         Now, do you understand this right to indictment by

20  a grand jury?

21         THE DEFENDANT:  Yes, Your Honor.

22         THE COURT:  Have you discussed giving up

23  Schlumberger Holdings' right to an indictment by a grand

24  jury with your attorneys?

25         THE DEFENDANT:  Yes.

```
1              HE COURT:  Have any threats or promises, other

2       than the promises made in the plea agreement, been made to

3       induce Schlumberger Holdings to give up its right to indict?

4              THE DEFENDANT:  No.

5              THE COURT:  Does Schlumberger Holdings wish to

6       waive its right to indictment by a grand jury?

7              THE DEFENDANT:  Yes, Your Honor.

8              THE COURT:  By pleading guilty to the information,

9       the company will be waiving this right to a grand jury

10      indictment; do you understand that?

11             THE DEFENDANT:  Yes, Your Honor.

12             THE COURT:  We have a signed waiver, Mr. Bradley?

13             THE COURTROOM DEPUTY:  Yes.

14             THE COURT:  If you can hand that to Mr. Juden,

15      please.

16             Is that your signature, sir, waiving Schlumberger

17      Holdings' right to indictment by a grand jury?

18             THE DEFENDANT:  It is, Your Honor.

19             THE COURT:  And, Counsel, is there any reason that

20      the company, Schlumberger Holdings, should not waive the

21      indictment?

22             MR. SABIN:  No, Your Honor.

23             THE COURT:  I find that the waiver of indictment

24      is knowingly and voluntarily made, it is accepted by the

25      Court, and the signed waiver will be filed in the record.
```

1              Now, as a company that is organized and

2     incorporated under the laws of the British Virgin Islands, I

3     believe, Schlumberger Holdings has the right to decline to

4     accept service of the summons and information and has the

5     right to contest venue and jurisdiction in the United States

6     to prosecute this case in this court; do you understand

7     that?

8              THE DEFENDANT:  Yes, Your Honor.

9              THE COURT:  Schlumberger Holdings has waived any

10    such rights or objections here and in the plea agreement

11    letter; is that correct?

12             THE DEFENDANT:  It is, Your Honor.

13             THE COURT:  Schlumberger Holdings has the right to

14    plead not guilty to any offense charged against it; do you

15    understand that?

16             THE DEFENDANT:  I do, Your Honor.

17             THE COURT:  And the company would have a right to

18    challenge the government's case against it by seeking to

19    have the charge dismissed or to have the evidence against it

20    suppressed or thrown out; do you understand that?

21             THE DEFENDANT:  I do.

22             THE COURT:  Under the Constitution and laws of the

23    United States, Schlumberger Holdings has the right to have a

24    jury trial in this case.  That means the 12 citizens of the

25    District of Columbia, would sit as a jury and determine

1     whether Schlumberger Holdings is guilty or not guilty based

2     upon evidence presented here in the courtroom.

3           Do you understand that right to a jury trial?

4           THE DEFENDANT:  I do.

5           THE COURT:  If Schlumberger Holdings chooses to go

6     to trial, it would have a right to be represented by its

7     lawyers at that trial; do you understand that?

8           THE DEFENDANT:  I do.

9           THE COURT:  And at trial, Schlumberger Holdings

10    would have the right through its lawyers to confront and

11    cross-examine any witnesses against it; do you understand

12    that?

13          THE DEFENDANT:  I do.

14          THE COURT:  Schlumberger Holdings would also have

15    the right to present its own witnesses, and it would have

16    the right to subpoena them to require them to testify in its

17    defense at trial; do you understand that?

18          THE DEFENDANT:  I do.

19          THE COURT:  And at trial, Schlumberger Holdings

20    would have the right to present evidence on its behalf if it

21    wanted to; do you understand that?

22          THE DEFENDANT:  I do, Your Honor.

23          THE COURT:  Now, unless and until I accept the

24    guilty plea by Schlumberger Holdings, if it chooses to enter

25    one today, it is presumed by the law to be innocent, because

1    it is the government's burden through competent evidence to

2    prove Schlumberger Holdings' guilt beyond a reasonable

3    doubt.  And until it does, Schlumberger Holdings cannot be

4    convicted at trial; do you understand that?

5              THE DEFENDANT:  I do.

6              THE COURT:  Do you understand that if Schlumberger

7    Holdings went to trial and was convicted, it would have the

8    right to appeal its conviction to the Court of Appeals and

9    to have a lawyer help it prepare that appeal?

10             THE DEFENDANT:  Yes, Your Honor.

11             THE COURT:  Do you understand that by pleading

12   guilty, Schlumberger Holdings would be generally giving up

13   its rights to appeal?

14             THE DEFENDANT:  Yes, Your Honor.

15             THE COURT:  Now, to summarize:  Do you understand

16   that Schlumberger Holdings, if it pleads guilty in this case

17   and I accept its guilty plea, will give up all of the rights

18   that I just explained because there will not be any trial,

19   there will probably be no appeal, and Schlumberger Holdings

20   must acknowledge its guilt on the charge in order for me to

21   accept the plea; do you understand that?

22             THE DEFENDANT:  I do, Your Honor.

23             THE COURT:  And does Schlumberger Holdings wish to

24   give up its rights to a trial, to an appeal in most

25   circumstances, and all of the rights that I have explained

1       that the company would have if this case went to trial?

2                    THE DEFENDANT:  Yes, Your Honor.

3                    THE COURT:  And we have a signed waiver to the

4       right to a jury trial, Mr. Bradley, if you will hand that to

5       Mr. Juden.

6                    THE COURTROOM DEPUTY:  Actually, we don't, Your

7       Honor.  He has to sign it.

8                    THE COURT:  And then we will have a signed one.

9                    Mr. Juden, you and Mr. Sabin have now executed

10      that waiver form?

11                   THE DEFENDANT:  Yes, Your Honor.

12                   THE COURT:  Mr. Sabin, is there any reason that

13      the defendant Schlumberger Holdings should not waive a jury

14      trial as to the charges to which a plea of guilty will be

15      made?

16                   MR. SABIN:  No, Your Honor.

17                   THE COURT:  I find that the waiver is knowingly

18      and voluntarily made, and the accepted and signed waiver

19      will be filed in the court record.

20                   Mr. Juden, have you and your attorneys received a

21      copy of the information in this case, which contains the

22      written charge against Schlumberger Holdings?

23                   THE DEFENDANT:  Yes, Your Honor.

24                   THE COURT:  And have you and other officials of

25      either Schlumberger Holdings or Schlumberger, Ltd., had the

1    chance to read over that information, and has your lawyer

2    explained to you and other company officials the charge in

3    the information?

4              THE DEFENDANT:  Yes.

5              THE COURT:  Has Schlumberger Holdings had the

6    opportunity to discuss the charge and the case in general

7    fully with its attorneys?

8              THE DEFENDANT:  Yes.

9              THE COURT:  Do you understand that the information

10   charges you -- I'm sorry, charges Schlumberger Holdings with

11   the offense of conspiracy to violate the International

12   Emergency Economic Powers Act, commonly known as IEEPA, and

13   the Iranian Transactions Regulations and the Sudanese

14   Sanctions Regulations, all in violation of the general

15   conspiracy statute at 18, USC, Section 371?

16             THE DEFENDANT:  Yes.

17             THE COURT:  Now, before I can accept the guilty

18   plea, I need to make a determination that there's a factual

19   basis for the plea of guilty.  I would ask you on behalf of

20   Schlumberger Holdings to listen closely, let me know if the

21   attorney for the government says anything that you think is

22   wrong or inaccurate.

23             We do have a written statement of the offense, and

24   Mr. Bradley is going to bring the original of that written

25   statement of the offense to the lectern, and I will ask you

1       whether -- I think it is approximate -- around page 19 or

2       maybe after page 19, whether that's your signature as the

3       authorized representative of Schlumberger Holdings agreeing

4       to the factual statement as true and accurate.

5                   THE DEFENDANT:  Yes, Your Honor.

6                   THE COURT:  All right.  If you could hand that

7       back to Mr. Bradley, and if you and Mr. Sabin would please

8       have a seat.

9                   MR. ARROWOOD:  Good morning, Your Honor.

10                  THE COURT:  For the court reporter, if you could

11      please identify yourself again.

12                  MR. ARROWOOD:  Casey Arrowood for the government.

13                  THE COURT:  All right.  Mr. Arrowood, would you

14      summarize the factual basis of the case and what it is that

15      the government would prove if this case went to trial.

16                  MR. ARROWOOD:  Yes, Your Honor.  With the Court's

17      permission, I will provide the factual summary and stand by

18      for any questions the Court might have at the end.

19                  Schlumberger Holdings, as a subsidiary of

20      Schlumberger, Ltd., has certain policies and procedures that

21      were designed to ensure compliance with US sanctions laws;

22      however, the defendant failed to adequately supervise and to

23      adequately train employees to ensure that all company

24      personnel complied with Schlumberger's policies and

25      procedures, assuring compliance with US economic sanctions.

1            As a result of those corporate failures between

2     February 2004 and June 2010, the defendant through the

3     participation of United States persons violated US sanctions

4     against Iran and Sudan in three primary ways.

5            The first is through the systematic approval and

6     disguising of capital expenditure requests for the

7     manufacture of new tools and for the spending of money for

8     certain purchases from oil field services locations inside

9     of Iran and Sudan.

10            Number two, the Drilling & Measurement business

11    segment headquarters personnel inside of the United States

12    made and implemented certain business decisions,

13    specifically concerning operations inside of Iran.

14            And, number three, these personnel also inside the

15    United States provided certain technical services in order

16    to troubleshoot mechanical failures and to sustain some of

17    the oil field drilling equipment that was being utilized

18    inside of Iran and Sudan.

19            Turning first to the capital expenditure related

20    conduct, the capital expenditure process is, in essence, a

21    forecasting mechanism that enables oil field locations

22    throughout the world as well as Schlumberger manufacturing

23    facilities to be able to predict what tools will be

24    necessary in order to meet demand for certain oil field

25    services in the future.

1         As part of that process, personnel within the

2    Drilling & Measurement business segment entered requests

3    into automated computer systems that was handled by

4    Schlumberger, and those requests were for the manufacture of

5    new tools, as well as for the spending of funds for certain

6    purchases.  Once these requests were entered into the

7    automated computer system, they were then routed to various

8    personnel in the Drilling & Measurement business segment for

9    approval.  Once all of the approvals on the supported

10   management levels within D&M were made, that particular

11   request was then transmitted to D&M, to drilling and

12   management's headquarters in Sugarland, Texas for approval

13   by a US person.

14        Once the particular request was approved by the

15   D&M headquarters personnel inside the United States, that

16   request, as it pertained to the manufacture of tools would

17   then be transmitted to the specific Schlumberger

18   manufacturing center for production.  If the particular

19   request involved the expenditure of funds, once approved by

20   the D&M personnel within the United States, that particular

21   request would then enable -- or the approval of that request

22   would then enable personnel inside the oil field operations

23   in various locations to then spend that particular money.

24        Approval by the D&M personnel, Drilling &

25   Measurement personnel, inside the United States was required

1    for every single capital expenditure request, regardless of

2    whether or not it was submitted either by or on behalf of

3    oil field operations inside of Iran or Sudan.  D&M personnel

4    inside the United States approved these requests in

5    violation of US economic sanctions for Iran as well as for

6    Sudan.

7              At the time, the D&M personnel in the United

8    States approved these requests that on the face related to

9    embargoed locations, and other times D&M personnel outside

10   the United States would disguise the particular request,

11   both in the automated computer system as well as through the

12   use of code words.  So although the approval would normally

13   occur through the automated computer system, from time to

14   time Drilling & Measurement personnel outside the United

15   States would send requests and e-mails back to D&M personnel

16   inside the US, justifying particular requests and seeking

17   the approval of those requests.

18             In these e-mails, D&M personnel outside the United

19   States typically referred to Iran and Sudan through the use

20   of code words.  For example, e-mails that referenced Iran,

21   typically these e-mails would say "Northern Gulf," whereas

22   if it were to refer to Sudan, these e-mails would typically

23   refer to Sudan as either "Southern Egypt" or "South Egypt."

24             In addition to this process, D&M personnel outside

25   the United States engaged in a process designed to disguise

1    the true location in the automated computer system.  In the

2    automated computer system, typically the request had an

3    alphanumeric identifier that included two or three letters

4    that indicated the particular country that had placed the

5    request.  Instead of entering the true country code for Iran

6    for Sudan, D&M personnel outside United States entered

7    nonembargoed country codes in order to facilitate the

8    approval of those requests by the D&M personnel inside the

9    United States.

10           So turning now to the second category, which

11   involves the Drilling & Measurement headquarters involvement

12   in operations inside of Iran.

13           Schlumberger, Ltd., stationed essential D&M

14   personnel in the United States with knowledge that

15   Drilling & Measurement provided support to services inside

16   of Iran and Sudan.  Despite this knowledge and the fact that

17   many of the D&M employees located in the United States were

18   non-US citizens and did not have much exposure, if at all,

19   to US sanctions laws, but they were nevertheless US persons

20   under the sanctions regimes, Schlumberger failed to provide

21   these individuals with adequate training regarding US

22   sanctions, failed to instruct them to recuse themselves from

23   any embargoed country business, and failed to address the

24   reality that as part of their duty and to their particular

25   position, they may be asked and at times, in fact, required

1    to do and make certain decisions related to embargoed

2    country business.

3            As a result, on certain occasions, senior D&M

4    management personnel and other D&M personnel inside the

5    United States actively engaged in the management of business

6    operations in Iran and took certain steps to maximize both

7    the efficiency and the profitability of D&M operations

8    inside of Iran.

9            Turning now to the third category, Your Honor,

10   Schlumberger maintains repair facilities outside the United

11   States that were equipped to service D&M tools, and those

12   facilities typically had non-US persons that were providing

13   those particular types of services.  However, in some cases,

14   the best source for the technical support in a given

15   instance might be the particular manufacturing center that

16   actually made the tool or made the component parts.  And so

17   on several occasions D&M personnel acting on behalf of oil

18   field operations inside of Iran and Sudan contacted US

19   persons for assistance.  On these occasions, US technical

20   specialists provided that support even though they knew or

21   should have known that, in fact, that request was being made

22   on behalf of an embargoed location.

23            And, finally, Your Honor, during the relevant time

24   period, the drilling and measurements business segment

25   generated approximately $77,569,452 related to the unlawful

1    conduct that I have summarized here and that is set forth in

2    greater detail in the statement of offense.

3              THE COURT:  All right.  Thank you, Mr. Arrowood.

4    I don't think I have any questions, given the statement of

5    offense and your oral presentation.

6              So, Mr. Sabin, if you and Mr. Juden would come

7    back up to the lectern, please.

8              MR. SABIN:  Yes, Your Honor.

9              THE COURT:  Mr. Juden, are there any corrections

10   or changes that you would make to the summary of what the

11   government says that it can prove if this case goes to

12   trial?

13             THE DEFENDANT:  No, there are not, Your Honor.

14             THE COURT:  And is that factual summary, along

15   with the written statement of the offense, true and correct?

16             THE DEFENDANT:  It is, Your Honor.

17             THE COURT:  And did Schlumberger Holdings, to your

18   knowledge, in fact, do what the government has stated that

19   it can prove at trial?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  Now, we also have a written letter

22   that outlines the plea agreement in the case, and do you on

23   behalf of Schlumberger Holdings have a copy of that

24   agreement?

25             THE DEFENDANT:  Yes.

1          THE COURT:  And have you had a chance to read that

2      over carefully?

3          THE DEFENDANT:  Yes.

4          THE COURT:  Have you had a chance to discuss it

5      fully with Schlumberger Holdings' lawyers?

6          THE DEFENDANT:  Yes.

7          THE COURT:  Do you understand it?

8          THE DEFENDANT:  I do.

9          THE COURT:  And, again, Mr. Bradley will show you

10     the original of it, and I will ask you if that's your

11     signature, I think it is on page 17, accepting and agreeing

12     to the terms of that plea agreement on behalf of

13     Schlumberger Holdings?

14         THE DEFENDANT:  That is my signature.

15         THE COURT:  Is Schlumberger Holdings' willingness

16     to plead guilty the result of discussions that it, through

17     its attorneys, have had with various representatives of the

18     United States government?

19         THE DEFENDANT:  Yes, Your Honor.

20         THE COURT:  And do you understand -- well, there

21     have been many discussions, but does the plea agreement

22     reflect the entire understanding, to your knowledge, that

23     Schlumberger Holdings has with the government?

24         THE DEFENDANT:  It does.

25         MR. SABIN:  To be clear, Your Honor, with the

1    United States Department of Justice, US Attorney's office

2    for the District of Columbia, and the National Security

3    Division of the Department of Justice.

4            THE COURT:  That's what we will call the

5    "government" here.  But I understand it is with those

6    representatives of the government, specifically those parts

7    of the Department of Justice.

8            And, Mr. Sabin, I will ask you, do you agree that

9    the plea agreement represents the entire understanding that

10   Schlumberger Holdings has with those entities of the United

11   States government?

12           MR. SABIN:  Yes, with the Department of Justice,

13   yes, Your Honor.

14           THE COURT:  On behalf of the government, whether

15   it be Mr. Arrowood or Ms. Miller, does the government agree

16   that the written plea agreement reflects the entire

17   understanding that the government has with Schlumberger

18   Holdings?

19           MS. MILLER:  Yes, it does Your Honor.

20           THE COURT:  Thank you.

21           And I will not summarize the plea agreement,

22   except there are various portions that I will refer to

23   during the course of these proceedings here this morning,

24   and the written plea agreement will be filed.

25           Now, Schlumberger Holdings is, as I understand it,

1    prepared to plead guilty to the offense that is set out in

2    the one count of the information, which is conspiracy to

3    violate, I will use the acronym IEEPA, and the Iranian

4    Transactions Regulations, and Sudanese Sanctions

5    Regulations, all in violation of Title 18 of the US Code,

6    Section 371.

7            Do you understand, Mr. Juden, that by accepting

8    Schlumberger Holdings' guilty plea in this case, it could

9    receive a maximum fine of $500,000, or twice the gross gain

10   or loss, whichever is greater, pursuant to Title 18 of the

11   US Code, Section 3571(d)?

12           THE DEFENDANT:  I do, Your Honor.

13           THE COURT:  Do you understand that Schlumberger

14   Holdings is also subject to a term of corporate probation of

15   not less than one year nor more than five years?

16           THE DEFENDANT:  Yes, Your Honor.

17           THE COURT:  As well, it is subject to a fine that

18   is sufficient to pay the government the cost of any period

19   of probation; do you understand that?

20           THE DEFENDANT:  Yes.

21           THE COURT:  It may be subject to an order to make

22   restitution or pay money back to any victim who may have

23   sustained a loss, unless the Court explains on the record

24   why it is not ordering Schlumberger Holdings to do so; do

25   you understand that?

1          THE DEFENDANT:  Yes, I do, Your Honor.

2          THE COURT:  It also has an obligation to pay any

3   applicable interest or penalties on fines or restitution

4   that are not timely made; do you understand that?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  And it is subject to a mandatory

7   special assessment of $100 for a felony offense as required

8   by statute; do you understand that?

9          THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:  Finally, if appropriate, the Court may

11   require Schlumberger Holdings to forfeit certain property to

12   the government.  And in paragraph 12 of the plea agreement,

13   which I think is on page 13 of the plea agreement, there are

14   various provisions relating to forfeiture that Schlumberger

15   Holdings has agreed to; do you understand those?

16          THE DEFENDANT:  I do.

17          THE COURT:  And do you acknowledge those

18   commitments and agreements by Schlumberger Holdings?

19          THE DEFENDANT:  I do.

20          THE COURT:  And included in those is an agreement

21   to a consent order of forfeiture, and I have that consent

22   order here, that has been consented to by the government and

23   by you and Mr. Sabin, as representative and counsel for

24   Schlumberger Holdings.  Do you understand and agree to that

25   with respect to the consent order of forfeiture?

 1             THE DEFENDANT:  Yes, Your Honor.

 2             THE COURT:  And I will be entering that further in

 3     these proceedings, unless something goes awry.

 4             Now, I think I should point out that on -- in the

 5     plea agreement, on page 3, paragraph 4, and one provision of

 6     paragraph 5, it is set out that the parties agree that the

 7     sentence for Schlumberger Holdings in this case is not

 8     governed by the United States sentencing guidelines because

 9     of the way the provisions of the sentencing guidelines at

10     sections 2M5.1 and 8C2.1 operate.  And that, therefore,

11     according to the provisions of section 8C2.10 of the

12     guidelines, the sentence will be determined by applying the

13     normal factors under Sections 3553 and 3572 of Title 18.

14             In addition, as one provision of paragraph 5 of

15     the plea agreement, Schlumberger Holdings has agreed to

16     waive the pre-sentence investigation report and has

17     consented to this -- to the sentencing hearing in this case

18     being conducted and sentence imposed immediately following

19     entry of the guilty plea.

20             Do you understand and agree with all of those

21     provisions relevant to the sentencing analysis and process

22     here today?

23             THE DEFENDANT:  I do, Your Honor.

24             THE COURT:  Now, I cannot sentence Schlumberger

25     Holdings to more than the statutory maximum fine and other

```
1    penalties that I reviewed with you a moment ago; do you

2    understand that?

3                THE DEFENDANT:  I do.

4                THE COURT:  And here, of course, this plea will be

5    entered pursuant to Federal Rule of Criminal Procedure

6    11(c)(1)(C), and I will address that further in just a

7    moment, but let me cover a few things.

8                Do you understand that under some circumstances,

9    not only Schlumberger Holdings, but also the government

10   would normally have the right to appeal any sentence that I

11   impose if Schlumberger Holdings or the government believed

12   that the sentence was improper or unlawful?

13               THE DEFENDANT:  I do.

14               THE COURT:  But do you understand that under this

15   plea agreement, Schlumberger Holdings is giving up its right

16   to challenge the sentence in this case as set out in the

17   plea agreement?

18               THE DEFENDANT:  I do.

19               THE COURT:  And in the plea agreement, on page 12,

20   Schlumberger Holdings has agreed to waive the right to

21   appeal the sentence in this case, including any fine of

22   forfeiture or restitution, and the manner in which the

23   sentence was determined, except to the extent the Court may

24   sentence Schlumberger Holdings above any statutory minimum

25   or guideline range determined by the Court, or if your
```

1    client, that would be Schlumberger Holdings, claims that

2    there was ineffective assistance of counsel in this case,

3    and in that provision as well, and, again, this is paragraph

4    11(c) on page 12, Schlumberger Holdings knowingly and

5    willingly waives its right to appeal the sentence, as noted

6    in this paragraph, in exchange for the concessions made by

7    the government in the plea agreement.

8              Do you understand and agree to, on behalf of

9    Schlumberger Holdings, those limitations and waivers with

10   respect to appeal rights?

11             THE DEFENDANT:  I do.

12             THE COURT:  Also, with respect to collateral

13   attack, Schlumberger Holdings has waived any right to

14   challenge the conviction or sentence under the plea

15   agreement or otherwise attempt to modify or change the

16   sentence or the manner in which it was determined through

17   any collateral attack.  Do you understand that provision as

18   well?

19             THE DEFENDANT:  I do.

20             THE COURT:  And that was in paragraph 11(d).

21             And in paragraph 11(e), there is an agreement to

22   waive all rights, whether asserted directly or through a

23   representative to request or receive from any department or

24   agency of the United States any records pertaining to the

25   investigation or prosecution of the case, including, without

1    limitation, any records sought under the Freedom of

2    Information Act or Privacy Act.  Do you understand and agree

3    to that waiver?

4              THE DEFENDANT:  I do.

5              THE COURT:  Now, as I have already indicated, this

6    plea is being entered pursuant to Federal Rule of Criminal

7    Procedure 11(c)(1)(C).  If Schlumberger Holdings pleads

8    guilty and I accept the plea, I will then consider whether

9    or not to accept the plea agreement, which includes the

10   agreed upon sentence.

11             So to begin with, at this time, I will defer a

12   decision on the plea agreement until after I have considered

13   all relevant circumstances and facts later this morning at

14   the sentencing phase of this proceeding.  So, first, I will

15   only be accepting the plea of guilty.  And then I will

16   consider the plea agreement and its agreement as to sentence

17   in a few minutes at the sentencing phase of this hearing.

18             If I accept the plea agreement then, the agreed

19   sentencing disposition will be imposed as part of the

20   judgment in this case.  But if I decide to reject the plea

21   agreement, then Schlumberger Holdings will have an

22   opportunity to withdraw its plea and change that plea to not

23   guilty, consistent with the terms of the plea agreement as

24   set out in paragraph 9 on page 10 of the plea agreement.

25             Do you understand all of that?

1          THE DEFENDANT:  I do, Your Honor.

2          THE COURT:  Now, the plea agreement also includes

3    an agreement by Schlumberger Holdings to cooperate fully

4    with the United States as set out in paragraph 6 of the plea

5    agreement, which is on pages 4 through 5 of the plea

6    agreement.

7          Do you understand and agree to those provisions on

8    behalf of Schlumberger Holdings?

9          THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:  In addition, in paragraph 7, which is

11    on page 5 of the plea agreement, there are certain

12    commitments set out with respect to Schlumberger, Ltd., and

13    I need to review those with you for just a moment.

14          In paragraph 7(a), Schlumberger, Ltd., has agreed

15    that it shall promptly notify the government of any conduct

16    of its Drilling & Measurement business segment during the

17    probation period that Schlumberger, Ltd., determines to be a

18    fraud or antibribery violation of United States federal

19    criminal law, and it also agrees that it will provide prompt

20    notification to the government of any action or

21    investigation commenced by the United States, any government

22    agency of the United States that alleges a fraud or

23    antibribery violation of federal law or a violation of the

24    sanctions under IEEPA.

25          Do you understand and agree to that on behalf of

1    Schlumberger, Ltd.?

2              THE DEFENDANT:  I do.

3              THE COURT:  And in 7(b), Schlumberger, Ltd.,

4    agrees that it and all its subsidiaries, affiliates,

5    et cetera, will continue to withdraw all Schlumberger, Ltd.,

6    operations in Iran and Sudan as set out in that paragraph.

7    Do you understand and agree to that?

8              THE DEFENDANT:  I do.

9              THE COURT:  In paragraph 7(c), Schlumberger, Ltd.,

10   agrees to guarantee, secure, and ensure delivery by

11   Schlumberger Holdings of all the payments due from

12   Schlumberger Holdings under the plea agreement, as set out

13   in that paragraph 7(c).  Do you understand and agree to

14   that?

15             THE DEFENDANT:  I do.

16             THE COURT:  Part of that is that Schlumberger,

17   Ltd., acknowledges that no tax deduction may be sought in

18   connection with the payment of the forfeiture and criminal

19   fine.  Do you understand and agree to that?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  In paragraph 7(d), consistent with the

22   operation requirements, Schlumberger, Ltd., has agreed that

23   it shall fully cooperate with the government, and that

24   includes cooperation fully in any investigation of

25   Schlumberger, Ltd., and of any of its present and former

1    officers, directors, employees, agents and consultants.  Do

2    you understand and agree to that?

3                 THE DEFENDANT:  Yes, Your Honor.

4                 THE COURT:  In paragraph 7(e), again on behalf of

5    Schlumberger, Ltd., in that paragraph there's an agreement

6    that it shall notify the government of credible evidence of

7    any potential violations of sanctions pursuant to IEEPA, and

8    "IEEPA" is the acronym I-E-E-P-A, occurring during the

9    probation period.

10               Do you understand and agree to the provisions in

11   that paragraph?

12               THE DEFENDANT:  Yes, Your Honor.

13               THE COURT:  And paragraph 7(f), Schlumberger,

14   Ltd., has agreed that it will truthfully disclose to the

15   government all factual information not protected by valid

16   claims of attorney-client privilege or product protection

17   with respect to it and its present former officers,

18   directors, employees, agents, and consultants, about any

19   potential violations into which the government may inquire.

20   Do you understand and agree to that on behalf of

21   Schlumberger, Ltd.?

22               THE DEFENDANT:  Yes, Your Honor.

23               THE COURT:  In paragraph 7(g), Schlumberger, Ltd.,

24   agrees that it will use its best efforts to make available

25   for interviews or testimony as required or requested by the

1    government, present or former employers, officers,

2    directors, employees, agents, and consultants.  Do you

3    understand and agree to that subparagraph?

4              THE DEFENDANT:  Yes, Your Honor.

5              THE COURT:  And subparagraph 7(h), Schlumberger,

6    Ltd., represents that it has implemented and will continue

7    to implement and maintain throughout the term of the

8    probation period that may be imposed a compliance and ethics

9    program, which is designed to prevent and detect violations

10   of sanctions, pursuant to IEEPA and any applicable export

11   control laws through its operations, including those of

12   subsidiary divisions, segments, and affiliates, which would

13   include Schlumberger Holdings.

14             Do you understand and agree to the provisions as

15   set out in subparagraph 7(h) with respect to compliance and

16   ethics programs?

17             THE DEFENDANT:  Yes.

18             THE COURT:  In subparagraph 7(i), Schlumberger,

19   Ltd., agrees to retain an independent third party compliance

20   consultant to review and assess the processes, policies, and

21   procedures related to compliance, with sanctions pursuant to

22   IEEPA, and to give notice to the government of that

23   consultant and provide the government with an opportunity to

24   object.  And do you understand and agree to all the

25   provisions set out in subparagraph 7(i) and its various

1     subparts?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  In subparagraph 7(j), Schlumberger,

4     Ltd., has agreed that annually during the term of probation,

5     whatever term may be imposed, the general counsel of

6     Schlumberger, Ltd., will execute and provide to the

7     government a certification that to the best of his

8     knowledge, after reasonable inquiry, Schlumberger, Ltd., is

9     in compliance with paragraph 7 of the plea agreement, and

10    has continued to maintain its compliance and ethics program.

11    Do you understand and agree to that subparagraph?

12             THE DEFENDANT:  I do, Your Honor.

13             THE COURT:  And are you, in fact, the general

14    counsel of Schlumberger, Ltd.?

15             THE DEFENDANT:  I am.

16             THE COURT:  I will also mention one more, and that

17    is just subparagraph 7(l), which waives all rights, whether

18    asserted directly or by a representative, this is somewhat

19    repetitive of something for Schlumberger Holdings, but it is

20    a waiver of any right to request or receive from any

21    department or agency of the United States any records

22    pertaining to the investigation, prosecution of the case,

23    including, without limitation, any records sought under the

24    Freedom of Information Act or the Privacy Act, and that's a

25    waiver on behalf of Schlumberger, Ltd.  Do you understand

1    and agree to that?

2              THE DEFENDANT:  I do, Your Honor.

3              THE COURT:  All right.  I am exhausted.

4              So let's move on to page 15 of the plea agreement,

5    paragraph 14.  And that paragraph, which is lengthy, there's

6    an agreement by both Schlumberger Holdings and Schlumberger,

7    Ltd., that they will not cause to be made through anyone,

8    attorneys, board members, agents, officers, employees,

9    et cetera, any public statement contradicting or excusing

10   any statement of fact contained in the statement of offense.

11   And there are other provisions as set out in that paragraph

12   14.

13             Do you understand and agree to all of those on

14   behalf of both Schlumberger Holdings and Schlumberger, Ltd.?

15             THE DEFENDANT:  Yes.

16             THE COURT:  All right.  I think I have covered

17   everything that needs to be covered specifically.  Remind

18   me, however, did I cover the cooperation --

19             THE DEFENDANT:  You did, Your Honor.

20             THE COURT:  -- portions?

21             Now I will ask you this:  Do you understand that

22   at this time I am not indicating what sentence I will impose

23   in this case, and, hence, whether I will accept the agreed

24   upon sentence reflected in the plea agreement?

25             THE DEFENDANT:  I do.

1          THE COURT:  Has anyone made any promises to you in

2     connection with Schlumberger Holdings' proposed guilty plea,

3     other than those that are contained in the plea agreement or

4     that have been stated here in open court here today?

5          THE DEFENDANT:  No, Your Honor.

6          THE COURT:  Has anyone forced, coerced, or

7     threatened you or Schlumberger Holdings, to your knowledge,

8     in any way into entering into this plea of guilty?

9          THE DEFENDANT:  No.

10          THE COURT:  Is there anything that you on behalf

11     of Schlumberger Holdings do not understand about this

12     proceeding or about Schlumberger Holdings' proposed plea in

13     this case?

14          THE DEFENDANT:  No.

15          THE COURT:  Is there anything you want to ask me

16     or consult with your lawyer about before you make a decision

17     on behalf of Schlumberger Holdings whether to plead guilty

18     or instead go to trial?

19          THE DEFENDANT:  There is not, Your Honor.

20          THE COURT:  And, Mr. Sabin, is there anything else

21     we need to cover before taking the plea?

22          MR. SABIN:  No, Your Honor.  Those are all the

23     agreements contained in the written plea agreement between

24     the defendant and the Department of Justice.

25          THE COURT:  Ms. Miller or Mr. Arrowood, anything

1    else you think we need to cover before taking the plea?

2              MS. MILLER:  No, Your Honor, not from the

3    government.

4              THE COURT:  Thank you.

5              And, Mr. Juden, are you now ready to make a

6    decision about whether Schlumberger Holdings wishes to enter

7    a plea of guilty or whether, instead, it wishes to go to

8    trial?  Are you ready to make that decision?

9              THE DEFENDANT:  I am, Your Honor.

10             THE COURT:  And how does Schlumberger Holdings

11   plead to the charge in Count 1, the only count of the

12   information?  Does it plead guilty or not guilty?

13             THE DEFENDANT:  Guilty, Your Honor.

14             THE COURT:  And is Schlumberger Holdings entering

15   that plea of guilty voluntarily and of its own free will?

16             THE DEFENDANT:  It is, Your Honor.

17             THE COURT:  And is Schlumberger Holdings entering

18   that plea of guilty because it is guilty and for no other

19   reason?

20             THE DEFENDANT:  It is, Your Honor.

21             THE COURT:  Mr. Sabin, do you know of any reason

22   why Schlumberger Holdings should not plead guilty to the

23   charge?

24             MR. SABIN:  No, Your Honor.

25             THE COURT:  It is, therefore, the finding of the

1    Court in the case of *United States v. Schlumberger Oilfield*

2    *Holdings, Ltd.*, which is Criminal Case No. 15-41, that the

3    defendant, Schlumberger Oilfield Holdings, Ltd., through

4    Mr. Juden, is fully competent and capable of making a

5    decision today and entering an informed plea, that it

6    understands the nature of the charge and its consequences of

7    what it is doing, that it is acting voluntarily and of its

8    own free will, and that there is an adequate factual basis

9    for its plea.  Therefore, the plea of guilty is accepted,

10   and I find Schlumberger Oilfield Holdings guilty as charged

11   in Count 1 of the information.

12          This means, as I have indicated several times,

13   that I have accepted the plea of guilty that Schlumberger

14   Holdings has now entered, and found it guilty.

15          I will consider the plea agreement, and

16   specifically the agreed upon sentence set out there, at the

17   sentencing hearing that we are about to embark upon.

18          All right.  I think I will repeat, as reflected in

19   the plea agreement, that the sentencing here is being

20   conducted and determined by applying Sections 3553 and 3572

21   of Title 18 of the United States Code, for the reasons

22   explained in paragraph 4 on page 3 of the plea agreement.

23          But this is a Rule 11(c)(1)(C) plea that is under

24   consideration, and in accepting the agreed upon sentence, I

25   will consider the relevant factors under those statutory

1    provisions, particularly as set out 3553(a) and 3572, and

2    all other relevant considerations.

3          Now, the defendant has just pled -- the defendant

4    Schlumberger Holdings has just pled guilty to the conspiracy

5    offense under 18, USC, Section 371, which is conspiracy to

6    violate IEEPA, the International Emergency Economic Powers

7    Act, and the Iranian Transactions Regulations and the

8    Sudanese Sanctions Regulations.

9          The agreed upon sentence, just to review its

10   principal items -- and, actually, you can have a seat now

11   because I don't think you will be speaking first.  So please

12   take a seat.

13         The provisions of the agreed upon sentence are set

14   out in the plea agreement at pages 3 and 4.  It is in

15   paragraph 5.  They include a fine, a criminal fine of

16   $155,138,904, a period of corporate probation of three

17   years, a forfeiture money judgment of $77,569,452.  Now,

18   that combined criminal fine and criminal forfeiture is

19   almost $233 million, and that criminal fine and forfeiture,

20   as agreed in the plea agreement, will be paid to the United

21   States no later than 14 days from the date of sentencing.

22         There will, as set out in the plea agreement, be

23   no tax deductions that may be sought by Schlumberger

24   Holdings in connection with the payment of either the

25   forfeiture or criminal fine.  And those are, I think, the

1    principal portions of the agreed upon sentence.

2              The Court, of course, is assessing whether to

3    accept that agreed upon sentence from the plea agreement,

4    and, most importantly, the fine and forfeiture totalling

5    that amount of almost $233 million.  But also of importance,

6    the probation period, and some particulars of that

7    probation, including compliance related matters.  And I will

8    assess that under the factors that are included in Sections

9    3553 and 3572.

10             So, now, I can hear from first the government,

11   anything it wishes to say, and then from defense counsel,

12   anything you wish to add.  And if Mr. Juden has anything

13   further that he wishes to say, I will give him that

14   opportunity to speak further on behalf of Schlumberger

15   Holdings, if he wishes.  But we will start with the

16   government.

17             Ms. Miller?

18             MS. MILLER:  Thank you, Your Honor.

19             Your Honor, as summarized in the plea agreement

20   that's before Your Honor, the defendant has agreed to be

21   charged by information and waive indictment and has just

22   entered a guilty plea to a very serious offense, in

23   particular, violating 18, USC, Section 371, for conspiring

24   to violate IEEPA.

25             The agreed sentence for this particular defendant,

1  which has been reached through years of negotiation is that

2  the defendant, should the Court accept the plea, the

3  defendant had agreed to a close to $233 million monetary

4  penalty.  Now that monetary penalty, as the Court has just

5  noted, is comprised of a $77,569,452 criminal forfeiture, in

6  addition to a $155,138,904 penalty, in taking the form of a

7  fine.  The authority for the fine is provided in the

8  Alternative Fines Act, under 18, USC, 3571(d), which

9  provides that a defendant may be fined up to two times the

10  amount of gross gain.

11         The salient terms of the three-year period of

12  corporate probation for this particular defendant, as

13  opposed to the parent company Schlumberger, Ltd., includes

14  that if requested by the government, the defendant will

15  cooperate with any domestic law enforcement agency

16  investigating the defendant for conduct set forth in the

17  statement of offense or any other violation pursuant to

18  IEEPA sanction.  In addition, the defendant shall truthfully

19  disclose to the government any act within the scope of the

20  statement of offense or any other potential violation of

21  IEEPA sanction occurring in whole or in part during the

22  three-year period of probation.  And, finally, the defendant

23  shall respond to the government request for information for

24  interviews or other information related to any act within

25  the scope of the statement of offense or any conduct in

1      violation of IEEPA sanction.

2             Now, in addition to those particular terms of

3      corporate probation, the defendant's parent company,

4      Schlumberger, Ltd., has agreed to a number of other

5      commitments, as set forth in the plea agreement in paragraph

6      7.  I would like to take some time now to highlight the ones

7      which the government believes are the most significant, and

8      I believe support our position that this is an appropriate

9      plea.

10            The first is that the parent, Schlumberger, Ltd.,

11     shall promptly notify the government of any conduct of its

12     particular segment, D&M, which is based in the United

13     States, in particular, Texas, occurring during the probation

14     period that Schlumberger parent has determined to be a fraud

15     or antibribery violation of US federal criminal law.

16            The parent Schlumberger, Ltd., has also agreed to

17     continue to withdraw its operations, all operations, in Iran

18     and Sudan.  In addition, the parent Schlumberger, Ltd., has

19     agreed to cooperate fully with the government in any

20     investigation of Schlumberger, Ltd.  It shall notify the

21     government of any credible evidence of any potential

22     violations of IEEPA sanctions that it is involved in.  It

23     will continue to implement a compliance and ethics training

24     program designed to prevent and detect violations of US

25     export control laws.  It has agreed to hire an independent

1    consultant for the purpose of reviewing and assessing the

2    parent company Schlumberger, Ltd.'s trade compliance

3    program.  The consultant shall conduct a two-part review and

4    issue subsequent written reports to the defendant, the

5    parent company, as well as to the government.

6            The parent company Schlumberger, Ltd.'s general

7    counsel shall certify to the government on an annual basis

8    that to the best of counsel's knowledge, Schlumberger, Ltd.,

9    is in compliance with its commitments under the plea

10   agreement, and that it has continued to maintain its trade

11   compliance program.

12           The government, Your Honor, believes that this

13   particular plea agreement is appropriate and serves many

14   interests and accomplishes much.  For example, speaking

15   about the monetary penalty, from the government's

16   perspective, this monetary penalty adequately penalizes the

17   company for its wrongdoing.  The forfeiture amount was

18   reached after months of negotiated calculations, which were

19   focused on determining the amount of profit that

20   Schlumberger, Ltd., actually earned as a result of its

21   unlawful conduct, or, in particular, D&M's unlawful conduct,

22   and ensuring that the company was required to forfeit an

23   amount that appropriately reflects the ill-gotten gain.  The

24   fine amount, the $155 million-plus fine amount, adequately

25   achieves the government's objectives as specific deterrence

1    for this company, and general deterrence for other

2    companies, while also contemplating the penal component of a

3    sentence.

4           From the government's perspective, it is

5    noteworthy in that this is the largest fine in an IEEPA

6    case, Your Honor.  In addition, this particular fine was

7    pursued, and the authority for this particular fine is the

8    Alternative Fines Act, which allows the government to fine a

9    company up to two times the amount of gross gain.  I'm sure

10   Your Honor has appreciated that the government was able to

11   calculate this particular number, the 155-plus million

12   dollar fine by two times the amount of the forfeiture.

13          Turning to the terms of corporate probation, from

14   the government's perspective, they also adequately and

15   appropriately addressed the government's concern related to

16   future violations of IEEPA caused by this particular

17   defendant, while also achieving general and specific

18   deterrence objectives for the government.  Both the

19   defendant and Schlumberger, Ltd., have prospective

20   commitments to the government under this particular plea

21   agreement.

22          The independent consultant will be reviewing

23   Schlumberger, Ltd.'s compliance program to ensure that

24   Schlumberger, Ltd., the parent, is complying with its

25   commitments under the plea agreement, but also reviewing the

1    adequacy of Schlumberger, Ltd.'s trade compliance program in

2    general.  In addition, the agreed upon sentence was reached

3    after a careful consideration and conscientious

4    contemplation of a number of other factors, some of which

5    included the government's assessment of the nature and

6    circumstances of this conduct, noting on the seriousness of

7    an IEEPA violation, in addition, the defendant's criminal

8    history or involvement in prior criminal conduct or lack

9    thereof, in particular, the defendant's cooperation, and,

10   finally, the defendant's remediation.  All of those factors,

11   Your Honor, the government believes adequately have been

12   considered by this particular plea agreement, and,

13   therefore, we ask that the Court accept the plea.

14             THE COURT:  Thank you, Ms. Miller.

15             Mr. Sabin?

16             MR. SABIN:  Judge, we have nothing further to

17   provide the Court in terms of sentencing.  We are open to

18   answering any questions that the Court may inquire regarding

19   the agreement or the other provisions of the proposed

20   11(c)(1)(C) disposition, but we have nothing further to say

21   at this time.

22             THE COURT:  I assume the "we" includes Mr. Juden?

23             MR. SABIN:  Yes, Your Honor.

24             THE COURT:  Thank you.

25             All right.  I am not going to require Mr. Juden to

1    stand at the lectern as I go through this process.  You can

2    remain seated.  If it were you personally, you would be up

3    at the lectern, but I don't think we need to do that here

4    today.

5            I reviewed the entire file, including the plea

6    agreement, the statement of offense, the information, and

7    any other materials available to me in assessing this plea

8    agreement, which includes an agreed upon sentence under

9    Federal Rule of Criminal Procedure 11(c)(1)(C).

10   Restitution, I do not believe, is at issue in this case, so

11   I will say nothing further about that.

12           And I will now give the reasons for the sentence,

13   and then read the sentence itself, and only do it once,

14   obviously.  I think it is not necessary to do it more than

15   once in this instance.

16           I am going to accept the agreed upon sentence as

17   set out in the plea agreement, and, therefore, accept the

18   plea with the sentence as agreed to by the government and

19   Schlumberger Holdings.  Let me just give a few highlights

20   here.

21           Obviously, the principal portions of the sentence

22   are and will be the criminal fine of over $155 million, and

23   the forfeiture of a little over $77.5 million.  That total

24   is almost $233 million.  The three-year corporate probation

25   period and the compliance requirements, I think, are the

1    most important features of this sentence.

2              This is a significant violation of very important

3    sanctions provisions, a regime that is set out in IEEPA, the

4    International Emergency Economic Powers Act, and regulations

5    thereunder, including two regulatory packages at issue here,

6    the Iranian Transactions Regulations and Sudanese Sanctions

7    Regulations.

8              These are important.  As set out in IEEPA itself,

9    IEEPA's purpose, as set out in Section 1701(a) of Title 50

10   of the US Code, is to allow the president of the United

11   States to deal with extraordinary threats, primarily threats

12   from outside the United States, to the national security,

13   foreign policy, or economy of the United States.  I think

14   that purpose needs to be borne in mind when we are dealing

15   with violations of this kind because it does set the

16   framework for the nature of the offense here, which is an

17   important consideration in any sentencing that the Court may

18   be engaged in.

19             What was involved here was a long-term persistent

20   violation of IEEPA and those regulatory regimes.  The

21   sentence, specifically, the fine and forfeiture, is, as has

22   been noted, the largest monetary penalty ever to be assessed

23   in a case brought under IEEPA.  That is justified by the

24   scope of the criminal conduct, and it reflects the

25   seriousness of the offense here, and, in my judgment,

1    constitutes just punishment, and will adequately deter

2    future criminal conduct of this kind, whether by this

3    defendant, Schlumberger Holdings, by Schlumberger, Ltd.,

4    generally, or by other companies engaged in various

5    industries and arenas in which such violations may occur.

6          The calculation of the fine and penalty has been

7    outlined by Ms. Miller on behalf of the government, and it

8    is twice the amount involved, and, therefore, twice the

9    forfeiture amount involved here.  That's the criminal fine,

10   in addition to the forfeiture.  And I certainly think that

11   that will stand as a substantial deterrent to any future

12   criminal conduct by this defendant or others.

13         The three-year period of corporate probation is

14   warranted to prevent future misconduct, and I am

15   particularly concerned with ensuring future corporate

16   compliance, and I view the obligations of Schlumberger

17   Holdings to continue to abide by and participate in the

18   Schlumberger, Ltd., compliance program, all of which is

19   described in the plea agreement, to be very important here.

20         There also is the consideration of cooperation by

21   both Schlumberger Holdings and Schlumberger, Ltd., with

22   respect to any continuing or future investigation of this

23   matter.  I will just use that term broadly.  The

24   cooperation -- the compliance features are set out in the

25   plea agreement and have been reviewed by the government

1      through Ms. Miller's comments, and they do include a robust

2      compliance program, compliance and ethics program, a

3      consultant, who will be engaged in this process, and it

4      represents both a program that's in place, but also

5      continuing monitoring and application of that program

6      throughout the corporate probation period.

7              So, in summary, consistent with the factors set

8      out in 3553 and 3572, and bearing in mind that this sentence

9      will represent significant punishment, is consistent with

10     the nature of this offense, and will deter any future

11     criminal conduct by this defendant or others, the Court

12     accepts and will impose a sentence of a fine of more than

13     $155 million and a forfeiture of more than $77.5 million,

14     along with the corporate provision period of three years for

15     this very serious violation of criminal law that poses a

16     threat to the national security.

17             So, with that, let me read the sentence.

18             It is the judgment of the Court that the

19     corporation, Schlumberger Oilfield Holdings, Ltd., is hereby

20     sentenced pursuant to Rule 11(c)(1)(C) and the agreement in

21     the plea agreement, as follows:  It is ordered that

22     Schlumberger Oilfield Holdings, Ltd., shall pay a fine in

23     the amount of $155,138,904, on Count 1 of the information.

24     Schlumberger Holdings is further ordered to pay a forfeiture

25     money judgment of $77,569,452, and I have signed or will

1    sign now the consent order of forfeiture that has been

2    agreed to and provided by Schlumberger Holdings and the

3    government.

4          It is further ordered that Schlumberger Holdings

5    will pay a special assessment of $100, and that special

6    assessment is due immediately.  The payment of the criminal

7    fine and forfeiture amount will be as agreed to under the

8    plea agreement.  Therefore, the criminal fine forfeiture

9    amount and special assessment shall be paid to the United

10   States no later than 14 days after this date, that would

11   mean by not later than May 14, 2015.  Consistent with the

12   plea agreement, no tax deductions may be sought in

13   connection with the payment of the forfeiture and criminal

14   fine.

15         It is ordered that a term of corporate probation

16   of three years is imposed.  Schlumberger Holdings shall

17   continue during that probation period to participate in and

18   abide by the compliance program maintained by Schlumberger,

19   Ltd., as set out in the plea agreement.

20         It is also ordered that as set out in paragraph

21   five of the plea agreement on page 3 of the plea agreement,

22   that Schlumberger Holdings, if at any time while it has

23   obligations under the plea agreement, sells, merges, or

24   transfers all or substantially all of its business

25   operations as they exist as of the date of the plea

1    agreement, whether the sale is structured as a stock or

2    asset sale, merger, or transfer, Schlumberger Holdings shall

3    include in any contract for sale, merger, or transfer a

4    provision fully binding the purchasers or successors in

5    interest thereto to the guarantees and obligations described

6    in the plea agreement.

7              Now, Schlumberger Holdings was convicted as a

8    result of a guilty plea.  It can appeal its conviction if it

9    believes that the guilty plea was somehow unlawful or

10   involuntary, or if there's some other fundamental defect in

11   the proceedings that was not waived by the guilty plea.

12   Schlumberger Holdings also has a statutory right to appeal

13   the sentence under certain circumstances, particularly if it

14   thinks the sentence is contrary to law.  However, a

15   defendant may waive those rights as part of a plea

16   agreement, and Schlumberger Holdings has entered into a plea

17   agreement, which waives some or all of its rights to appeal

18   the sentence itself, and such waivers are generally

19   enforceable, but if Schlumberger Holdings believes the

20   waiver is unenforceable, it can present that theory to an

21   appellate court.  With few exceptions, any notice of appeal

22   must be filed within 14 days of the entry of judgment.  I

23   expect the judgment will be entered today or at the latest

24   tomorrow.

25              Do counsel know of any reasons other than the

1    reasons that have already been stated and argued why the

2    sentence should not be imposed as I have just stated it?

3              MS. MILLER:  None from the government, Your Honor.

4              MR. SABIN:  None from the defendant, Your Honor.

5              THE COURT:  Anything else we need to cover,

6    Ms. Miller, before I impose the sentence?

7              MS. MILLER:  No, Your Honor.

8              THE COURT:  Mr. Sabin?

9              MR. SABIN:  No, Your Honor.

10             THE COURT:  All right.  I order that the sentence

11   is imposed, consistent with the plea agreement and the

12   agreed upon sentence that the parties have entered into.

13   That sentence is imposed as I have just stated it, that is

14   the sentence of the Court in this case.  And with that, I

15   believe we have concluded these proceedings.

16             Anything further, Ms. Miller?

17             MS. MILLER:  No, Your Honor.  Thank you.

18             THE COURT:  Mr. Sabin?

19             MR. SABIN:  Nothing from the defendant.  We

20   appreciate the Court doing all the hearing today very much.

21             THE COURT:  And I appreciate the parties' work on

22   this matter, and, specifically, with respect to the plea and

23   sentencing here today.

24             And, Mr. Juden, I appreciate your participation

25   and candor throughout.  Thank you all very much.

1                    (WHEREUPON, at 12:17 p.m. the proceedings were

2         concluded.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    UNITED STATES DISTRICT COURT )
                                  )  ss.
2    DISTRICT OF COLUMBIA         )

3

4

5                      **REPORTER'S CERTIFICATE**

6

7

8            I, ANNETTE M. MONTALVO, do hereby certify that the

9    above and foregoing, consisting of the preceding 55 pages,

10   constitutes a true and accurate transcript of my

11   stenographic notes and is a full, true and complete

12   transcript of the proceedings to the best of my ability.

13           Dated this 2nd day of November, 2015.

14

15                              ____/s/Annette M. Montalvo____
                                Annette M. Montalvo, CSR, RDR, CRR
16                              Official Court Reporter
                                United States Courthouse
17                              333 Constitution Avenue, NW
                                Room 6722
18                              Washington, DC  20001
                                202-354-3111
19

20

21

22

23

24

25