# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No.: 15-CR-00041 (JDB) |
| ) | |
| v. ) | |
| ) | |
| SCHLUMBERGER OILFIELD ) | |
| HOLDINGS, LTD., ) | |
| Defendant. ) | |
| ) | |
| ) | |

## PARTIES' AGREEMENT TO EXTEND PROBATION OF SCHLUMBERGER OILFIELD HOLDINGS, LTD.

WHEREAS, on March 25, 2015, The United States of America (hereinafter the "Government") and Schlumberger Oilfield Holdings, Ltd. (hereinafter "SOHL"), a wholly-owned subsidiary of Schlumberger Ltd., reached an agreement to resolve the Government's multi-year investigation into Schlumberger Ltd.'s conduct whereby SOHL agreed to plead guilty to conspiring to violate the International Emergency Economic Powers Act (IEEPA) and the Iranian Transactions and Sanctions Regulations and Sudanese Sanctions Regulations, in violation of 18 U.S.C. § 371.

WHEREAS, in addition to pleading guilty to these offenses, SOHL agreed to the following terms, *inter alia*: (1) a three-year term of corporate probation,[1] (2) payment of a $155,138,904 criminal fine, (3) entry of a forfeiture judgment of $77,569,452 against the defendant, and (4) continued cooperation with the Government.

---

[1] The statutory maximum term of probation the defendant faced was five years. However, per negotiations between the parties, SOHL's agreed-upon term-of-probation was three years.

1

WHEREAS, as part of SOHL's plea agreement, Schlumberger Ltd. agreed to a number of additional commitments, *inter alia*: (1) the continued withdrawal of all Schlumberger Ltd., including its subsidiaries, divisions, segments, and affiliates, operations in Iran and Sudan, (2) full cooperation with the Government in any and all matters concerning potential violations of IEEPA occurring in whole or in part during the term of probation, (3) the requirement to notify the Government of credible evidence of any potential violations of sanctions pursuant to IEEPA occurring during the probation term within 30 days of Schlumberger Ltd.'s determination of credible evidence of a potential violation of IEEPA, and (4) the retention of an independent third-party compliance consultant to review and assess Schlumberger Ltd.'s processes, policies, and procedures related to compliance with sanctions pursuant to IEEPA.

WHEREAS, on March 25, 2015, the parties filed with the Court: (1) a copy of the plea agreement, (2) a Criminal Information charging SOHL with conspiring to violate IEEPA, in violation of 18 U.S.C. § 371, (3) a Statement of Offense setting forth the factual basis for the charge filed against SOHL, and (4) a forfeiture allegation. Dkt. 1.

WHEREAS on April 30, 2015, SOHL appeared in court on the charges included in the Criminal Information and entered its guilty plea per the terms of its plea agreement.

WHEREAS, on April 30, 2015, the Court accepted the plea agreement and SOHL's guilty plea and sentenced the defendant to the terms set forth in the parties' plea agreement.

WHEREAS, on May 5, 2015, the Court filed a Judgment Order imposing the defendant's sentence (dated April 30, 2015). Dkt. 20.

WHEREAS, SOHL's three-year term of probation is currently set to expire on April 30, 2018.

WHEREAS, on May 31, 2017, and February 26, 2018, Schlumberger Ltd. provided the Government initial notifications of credible evidence of potential violations of sanctions issued pursuant to IEEPA occurring during the probation term and discovered as part of Schlumberger Ltd.'s Ethics & Compliance Program.  The May 31, 2017 initial notification related to certain conduct at one of Schlumberger Ltd.'s newly-acquired subsidiaries potentially in violation of a sanctions program under IEEPA.  The February 26, 2018 initial notification related to certain conduct at a different Schlumberger Ltd. subsidiary potentially in violation of a different sanctions program under IEEPA.

WHEREAS, after receiving Schlumberger Ltd.'s initial notifications of potential violations of IEEPA, the Government has initiated the pursuit of investigatory steps, with Schlumberger Ltd.'s cooperation, to determine whether the potential IEEPA violations disclosed by Schlumberger Ltd. amount to violations of the obligations included in SOHL's plea agreement and, the terms of probation, and IEEPA.

WHEREAS, the Government has not at this point determined that it believes there has been a violation of SOHL's plea agreement or the terms of probation.

WHEREAS, 18 U.S.C. § 3564(d) states, "[t]he Court may, after a hearing, extend a term of probation, if less than the maximum authorized term was previously imposed, at any time prior to the expiration or termination of the term of probation, pursuant to the provisions applicable to the initial setting of the term of probation."  Pursuant to F.R.Cr.P. 32.1(c)(2)(A), SOHL wishes to waive a hearing addressing the modification of conditions of probation.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties, subject to the approval of the Court, that

(1) the probationary term for SOHL be extended for an additional 12 months, to April 30, 2019; and (2) in the event that prior to April 30, 2019, the Government has satisfactorily concluded its review of the issues Schlumberger Ltd. initially disclosed to the Government on May 31, 2017, and February 26, 2018, and any other issue arising during the probationary term, the Government will not oppose SOHL's petition for early termination of probation pursuant to 18 U.S.C. § 3564(c).

Dated: March 23, 2018

| | |
|---|---|
| ALESSIO EVANGELISTA<br>ACTING UNITED STATES ATTORNEY<br>DC Bar No. 456715 | SCHLUMBERGER OILFIELD<br>HOLDINGS, LTD. |
| */s/*<br>Maia Luckner Miller<br>VA Bar No. 73221<br>(202) 252-6737<br>Maia.Miller@usdoj.gov | */s/*<br>Barry M. Sabin<br>555 11th Street NW<br>Suite 1000<br>Washington, DC 20004-1304<br>Tel: (202) 637-2200 |
| Zia M. Faruqui<br>DC Bar No. 494990<br>(202) 252-7117<br>Zia.Faruqui@usdoj.gov | Eric S. Volkman<br>555 11th Street NW<br>Suite 1000<br>Washington, DC 20004-1304<br>Tel: (202) 637-2200 |
| *Assistant United States Attorneys* | |
| JOHN C. DEMERS<br>ASSISTANT ATTORNEY GENERAL<br>FOR NATIONAL SECURITY | Latham & Watkins LLP<br>*Attorneys for Schlumberger Oilfield Holdings, Ltd.* |
| */s/*<br>Jason Bradley Adam McCullough<br>NY Bar No. 4544953<br>(202) 233-0986<br>Jason.McCullough@usdoj.gov<br>Trial Attorney | |
| *Counter Intelligence & Export Control Section* | |

**SO ORDERED** this ____ day of _____, 2018.

_____
HON. JUDGE JOHN D. BATES
United States District Court Judge