THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No.: 15-CR-00041 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| SCHLUMBERGER OILFIELD | ) | |
| HOLDINGS, LTD., | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S STATUS REPORT**

Schlumberger Oilfield Holdings, Ltd. (hereinafter "SOHL"), a wholly-owned subsidiary of Schlumberger Ltd. ("Schlumberger" or the "Company"), files this status report to apprise the Court of the status of the above-captioned matter.

On March 25, 2015, the United States of America (hereinafter the "Government") and SOHL (together, the "Parties") reached an agreement whereby SOHL agreed to plead guilty to conspiring to violate the International Emergency Economic Powers Act ("IEEPA") and the Iranian Transactions and Sanctions Regulations and Sudanese Sanctions Regulations, in violation of 18 U.S.C. § 371 (the "Plea Agreement"). Dkt. 1. On April 30, 2015, the Court accepted the plea agreement and SOHL's guilty plea and sentenced the defendant to the terms set forth in the

1

parties' plea agreement. On May 5, 2015, the Court filed a Judgment Order imposing SOHL's sentence (dated April 30, 2015). Dkt. 20. SOHL's three-year term of probation was set to expire on April 30, 2018.

On March 23, 2018, the Parties filed a joint Notice of Agreement to Extend Probation of SOHL for 12 months, subject to the Court's approval of such extension, to permit the Government to investigate, with Schlumberger Ltd.'s cooperation, whether potential IEEPA violations disclosed by Schlumberger Ltd. during the term of probation violated SOHL's plea agreement or the terms of probation, or constituted a criminal violation of IEEPA. On April 6, 2018, the Court ordered SOHL's term of probation extended to April 30, 2019.

Since early 2018, the Government has issued a number of written document and information requests to the Company concerning the three matters voluntarily self-disclosed by the Company to the Government, as well as an additional matter that the Government began investigating prior to the Notice of Agreement to Extend Probation (collectively, the "Matters"). Over the course of the year, the Company has made significant efforts and invested extensive resources to respond to these requests in a timely and comprehensive manner, as described more fully below. As of this filing, the Company has substantially completed its productions of documents and information in response to the Government's written requests relating to the Matters.

**Matter 1**

In May 2017, the Company self-disclosed a potential IEEPA matter to the Government and the U.S. Treasury's Office of Foreign Assets Control ("OFAC") ("Matter 1"). On February 23, 2018, the Department issued a letter request to the Company (the "February 23 Request") regarding Matter 1. In response to the February 23 Request, the

2

Company made a number of rolling productions, culminating with its final production of documents and information—including a copy of the relevant entity's response to an Administrative Subpoena issued by OFAC on April 20, 2018—to the Department on July 12, 2018.

**Matters 2 and 3**

On February 26, 2018, the Company self-disclosed a potential IEEPA matter to the Government ("Matter 2"). On February 28, 2018, the Government sent the Company a letter request (the "February 28 Request") concerning Matter 2. The Government also issued supplemental requests concerning Matter 2 on July 26, 2018 and November 5, 2018 ("Matter 2 Supplemental Requests").

In response to the February 28 Request and the Matter 2 Supplemental Requests, the Company submitted a letter response on September 14, 2018, made eight document productions – the final of which was produced to the Government on October 11, 2018 – and made an in-person presentation regarding Matter 2 on November 28, 2018.

During the course of its investigation of Matter 2, the Company identified information potentially responsive to the February 28 Request that suggested that there may have been an IEEPA concern related to another transaction involving the same product line and entity ("Matter 3"). As a result, on May 24, 2018, the Company disclosed Matter 3 to the Government. On October 25, 2018, the Company completed its production of documents responsive to the February 28 Request that specifically pertained to Matter 3.

**Matter 4**

On March 7, 2018, the Government sent Schlumberger a letter request (the "March 7 Request") relating to an investigation the Government had initiated regarding an entity the

Company acquired in 2014 ("Matter 4"). Upon being informed of the Government's investigation, the Company launched an internal investigation regarding Matter 4 and subsequently self-disclosed a potential IEEPA matter to the Government. The Company has cooperated with the Government's investigation and made four document productions in response to the March 7 Request, the final of which was produced to the Government on November 1, 2018.

**Company Presentations to the Government**

Upon substantial completion of the Company's productions of documents and information in response to the Government's written requests relating to the Matters, in October 2018 the Company requested an in-person meeting with the Government to discuss the Matters. Between November 2018 and January 2019, the Parties engaged in three lengthy meetings in which the Company and its counsel made factual presentations to the Government on the basis of its investigations of the Matters. During and after these meetings, the Government identified additional follow-up questions and requests for information relating to the Matters. As of this filing, the Company has responded to substantially all of the Government's outstanding follow-up questions from the November 2018 meetings via a letter and production dated December 21, 2018, and expects to complete relevant supplemental productions of documents and information in response to follow-up questions posed during the January 2019 meeting within two weeks.

*             *             *

The Government has informed the Company that it will not join this status report because it is still investigating the Matters. The Company understands that the Government may have additional requests for information or documents. The Company is committed to continuing to

cooperate with the Government regarding any such requests in order to permit the Government to complete, prior to the expiration of the term of probation on April 30, 2019, the investigation of the Matters necessary to determine whether the Company is in compliance with the terms of the Plea Agreement.

Dated: February 1, 2019

SCHLUMBERGER OILFIELD
HOLDINGS, LTD.

*/s/Barry M. Sabin*  
Barry M. Sabin (DC Bar No. 421375)
555 11th Street NW
Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200

Eric S. Volkman (DC Bar No. 490999)
555 11th Street NW
Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200

Latham & Watkins LLP
*Attorneys for Schlumberger Oilfield Holdings, Ltd.*

CERTIFICATE OF SERVICE

The undersigned certifies that on February 1, 2019, a true and correct copy of the foregoing Defendant's Status Report was served on the following counsel via electronic mail.

Luke Jones
Jeff Pearlman
Assistant United States Attorneys
U.S. Department of Justice

Jason Bradley Adam McCullough
Counter Intelligence & Export Control Section
U.S. Department of Justice

> */s/Barry M. Sabin*
> Barry M. Sabin