THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Crim. No.: 15-CR-00041 (JDB) |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| **SCHLUMBERGER OILFIELD** | ) | |
| **HOLDINGS, LTD.,** | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S SECOND STATUS REPORT**

Schlumberger Oilfield Holdings, Ltd. (hereinafter "SOHL"), a wholly owned subsidiary of Schlumberger Ltd. ("Schlumberger," or the "Company"), files this status report to apprise the Court of the status of the above-captioned matter since Defendant's February 1, 2019 first status report (the "February Status Report"). The Company has continued to make significant efforts and invest extensive resources to respond to the Government's – that is, prosecutors from the US Department of Justice, and investigators from the Federal Bureau of Investigation and the US Department of Commerce's Bureau of Industry & Security – requests in a timely and comprehensive manner, as described more fully below.

**Follow-Up Requests from January 2019 Meeting**

As noted in the February Status Report, in November 2018 and January 2019, the Company and the Government engaged in three lengthy meetings in which the Company and its counsel made factual presentations to the Government on the basis of its investigations of the three matters voluntarily self-disclosed by the Company to the Government, as well as an additional matter that the Government began investigating prior to the Notice of Agreement to Extend Probation (collectively, the "Matters").

During and after these meetings, the Government identified additional follow-up questions and requests for information relating to the Matters. As previously noted, the Company responded to all of the Government's outstanding follow-up questions from the November 2018 meetings via a letter and production dated December 21, 2018. The Company subsequently completed relevant supplemental production of documents and information in response to follow-up questions posed during the January 2019 meeting via a letter and production dated February 15, 2019. Accordingly, the Company considers its responses to the Government's follow-up requests from the November 2018 and January 2019 meetings to be complete.

**January and February 2019 Requests**

On January 18, 2019, the Government requested, via e-mail correspondence, additional documents and information from Schlumberger in relation to the matter described as Matter 4 in the February Status Report (the "January 18 Request"). On February 22, 2019, the Company made a production of documents and information in response to the January 18 Request. The Company expects to complete relevant supplemental production of documents and information in response to the January 18 Request within 30 days.

On February 8, 2019, the Government requested, via e-mail correspondence, additional documents and information from Schlumberger in relation to Matter 4 (the "February 8 Request"). On February 27, 2019, the Company made a production of documents and information in response to the February 8 Request, and also provided the Government with a list of documents that the Company had previously produced to the Government that are responsive to the February 8 Request. The Company expects to complete relevant supplemental production of documents and information in response to the February 8 Request within 21 days.

**Interview Requests**

Since the February Status Report, the Government informed the Company that it is interested in interviewing four current Company employees and one former Company employee in relation to Matter 4. Since then, the Company has been working diligently with the Government and counsel for the employees, where applicable, in order to assist the Government in conducting these interviews in connection with the Government's ongoing investigation into Matter 4. The Company and the Government also productively addressed issues, including confidentiality and privilege issues, that allowed the Government to interview a former Company employee on February 12, 2019.

*       *       *

Since the February Status Report, the Government has not requested additional documents or information regarding the matters described as Matters 1–3 in the February Status Report.

The Government has informed the Company that it will not join this second status report because it is still investigating the Matters. The Company understands that the Government may have additional requests for information or documents. The Company is committed to continuing

to cooperate with the Government regarding any such requests in order to permit the Government to complete, prior to the expiration of the term of probation on April 30, 2019, the investigation of the Matters necessary to determine whether the Company is in compliance with the terms of the Plea Agreement.

Dated: March 1, 2019

SCHLUMBERGER OILFIELD
HOLDINGS, LTD.

  /s/ Barry M. Sabin
Barry M. Sabin (DC Bar No. 421375)
555 11th Street NW
Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200

Eric S. Volkman (DC Bar No. 490999)
555 11th Street NW
Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200

Latham & Watkins LLP
*Attorneys for Schlumberger Oilfield Holdings, Ltd.*

CERTIFICATE OF SERVICE

The undersigned certifies that, on March 1, 2019, a true and correct copy of the foregoing Defendant's Second Status Report was served on the following counsel via electronic mail.

Luke Jones
Jeff Pearlman
Assistant United States Attorneys
US Department of Justice

Jason Bradley Adam McCullough
Counter Intelligence & Export Control Section
US Department of Justice

       /s/ Barry M. Sabin
      Barry M. Sabin