THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Crim. No.: 15-CR-00041 (JDB) |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| **SCHLUMBERGER OILFIELD** | ) | |
| **HOLDINGS, LTD.,** | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S FINAL STATUS REPORT**

Schlumberger Oilfield Holdings, Ltd. (hereinafter "SOHL"), a wholly owned subsidiary of Schlumberger Ltd. ("Schlumberger," or the "Company"), files this status report to apprise the Court of the status of the above-captioned matter since Defendant's March 1, 2019 first status report (the "March Status Report"). The Company has continued to make significant efforts and invest extensive resources to respond to the Government's—that is, prosecutors from the US Department of Justice, and investigators from the Federal Bureau of Investigation and the US Department of Commerce's Bureau of Industry & Security—requests in a timely and comprehensive manner, as described more fully below. The Company expects this to be its final status report, given the anticipated expiration of the probation period on April 30, 2019.

1

**Requests for Information**

On March 5, 2019, the Company convened a telephone conference with the Government to discuss and clarify the Government's requests for documents and information in connection to the matter described as Matter 4 in the March Status Report, including remaining questions related to an issue that the Company addressed via a production of documents and information on February 22, 2019 (the "March 5 Requests").  On March 20, 2019, the Company made a production of documents and information in response to the March 5 Requests.

On February 15, 2019, the Government requested, via e-mail correspondence, additional documents and information from Schlumberger in relation to the Matter 4 (the "February 15 Request").  On March 28, 2019, the Company made a production of documents and information in response to the February 15 Request and provided the Government with a list of documents that the Company had previously produced to the Government that are responsive to certain of its March 5 Requests.  The Company expects to complete relevant supplemental production of documents and information in response to the March 5 Requests by April 30, 2019.

**Interview Requests**

The Company has worked diligently with the Government and counsel for the employees, where applicable, in order to assist the Government in conducting interviews in connection with the Government's ongoing investigation into Matter 4.  For example, the Company coordinated with counsel for an employee to permit the Government to interview one of the current Company employees on March 8, 2019.  The Company understands that the Government remains interested in interviewing two current Company employees and two former Company employees in relation to Matter 4.  The Company is committed to continuing to work with counsel for the employees, where applicable, to schedule these interviews according to the Government's preferences.

**Company Presentation to the Government**

In February 2019, the Company requested an in-person meeting with the Government to discuss its compliance program and extensive remediation efforts relevant to the three matters voluntarily self-disclosed by the Company to the Government, as well as an additional matter that the Government began investigating prior to the Notice of Agreement to extend Probation (collectively, the "Matters").  On March 12, 2019, the Company and its counsel made a detailed presentation to the Government outlining the Company's unwavering commitment to compliance, including its continuous improvement of its Trade Customs & Compliance ("TCC") program.  The Company provided detail to the Government regarding the substantial remediation it has undertaken in response to lessons learned from its investigation of the Matters.  During the meeting, the Government and the Company engaged in a productive dialogue regarding how its remedial measures will address potential compliance gaps in its program and mitigate the risk that sanctions issues will arise under similar circumstances in the future.  The Government has not identified any additional questions following the meeting.

\*                               \*                               \*

Since the March Status Report, the Government has not requested additional documents or information regarding the matters described as Matters 1–3 in the March Status Report.

The Government has informed the Company that it will not join this third status report because it is still investigating the Matters.  The Company understands that the Government may have additional requests for information or documents that may extend past the expiration of the term of probation on April 30, 2019.  The Company is committed to continuing to cooperate with the Government regarding any such requests in order to permit the Government to pursue its investigation of the Matters in accordance with the Company's obligation under Paragraph 6 of

the Plea Agreement. However, given its compliance with the terms of the Plea Agreement and the substantial completion of the investigations of the Matters, the Company expects the term of probation will expire without issue on April 30, 2019.

Dated: April 1, 2019

SCHLUMBERGER OILFIELD
HOLDINGS, LTD.


 /s/ Barry M. Sabin
Barry M. Sabin (DC Bar No. 421375)
555 11th Street NW
Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200

Eric S. Volkman (DC Bar No. 490999)
555 11th Street NW
Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200

Latham & Watkins LLP
*Attorneys for Schlumberger Oilfield Holdings, Ltd.*

CERTIFICATE OF SERVICE

The undersigned certifies that, on April 1, 2019, a true and correct copy of the foregoing Defendant's Final Status Report was served on the following counsel via electronic mail.

Luke Jones
Jeff Pearlman
Assistant United States Attorneys
US Department of Justice

Jason Bradley Adam McCullough
Counter Intelligence & Export Control Section
US Department of Justice

                                              /s/ Barry M. Sabin
                                              Barry M. Sabin